**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ROGELIO PEREZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DR. ROMEO ARANAS, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:18-CV-0379-MMD-CLB<br><br>**ORDER TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

On July 22, 2021, Defendants filed a motion for summary judgment (ECF No. 24). Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (ECF No. 40). Plaintiff's opposition to the motion was due on August 12, 2021. (Id.) To date, Plaintiff has failed to file an opposition.

The court will *sua sponte* grant Plaintiff one **final** extension of time to September 15, 2021 to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If Plaintiff fails to file an opposition, the motion will be submitted to the court for decision.

**IT IS SO ORDERED.**

**DATED:** August 16, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**